**E-FILED on** 11/24/09

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER BANKRUPTCY APPEALS | No. C-09-02444 RMW<br><br>ORDER GRANTING MOTION TO DESIGNATE THE RECORD ON APPEAL AND TO FILE ELECTRONICALLY<br>**[Re Docket No. 6 ]** |

Appellant Jacqueline C. Melcher moves to designate the record on appeal and to file electronically as a person in pro per. Good cause appearing therefore, the court grants appellant's motion.

DATED: 11/24/09

*Ronald M Whyte*

RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher         cmaher@luce.com
Michael Alan Isaacs           misaacs@luce.com

**Counsel for Trustee:**

Nanette Dumas                 Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**     11/24/09                         CCL
                                        **Chambers of Judge Whyte**