**E-FILED on** 2/8/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER BANKRUPTCY APPEALS | No. C-09-02444 RMW<br><br>ORDER TO SHOW CAUSE |

The instant bankruptcy appeal was transferred to this court on June 3, 2009. On November 24, 2009, the court granted appellant Jacqueline C. Melcher's motion to designate the record on appeal and to file electronically as a person in pro per. No action has been taken on the matter since. The court therefore orders appellant to appear at 9:00 a.m. on March 12, 2010 and show cause why the case should not be dismissed for lack of prosecution. Absent a showing of good cause, the appeal will be dismissed.

DATED: 2/8/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher     cmaher@luce.com
Michael Alan Isaacs     misaacs@luce.com

**Counsel for Trustee:**

Nanette Dumas     Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 2/8/10              CCL
**Chambers of Judge Whyte**