**United States District Court**
For the Northern District of California

**E-FILED on** 3/12/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER BANKRUPTCY APPEALS | No. C-09-02444 RMW<br>No. C-09-02445 RMW<br>No. C-09-02446<br><br>ORDER DISMISSING APPEAL |

The instant bankruptcy appeal was transferred to this court on June 3, 2009. On November 24, 2009, the court granted appellant Jacqueline C. Melcher's motion to designate the record on appeal and to file electronically as a person in pro per. No action has been taken on the matter since. On February 9, 2010, the court issued an order to show cause why her appeal should not be dismissed for lack of prosecution. The court finds that appellant has failed to show good cause for failure to diligently prosecute and therefore dismisses the appeal.

DATED: 3/12/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher         cmaher@luce.com
Michael Alan Isaacs         misaacs@luce.com

**Counsel for Trustee:**

Nanette Dumas         Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:** 3/12/10                                   CCL
                                                           **Chambers of Judge Whyte**