**E-FILED on** 3/12/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER BANKRUPTCY APPEALS | No. C-09-02444 RMW<br>No. C-09-02445 RMW<br>No. C-09-02446<br><br>ORDER DISMISSING APPEAL |

The instant bankruptcy appeal was transferred to this court on June 3, 2009. On November 24, 2009, the court granted appellant Jacqueline C. Melcher's motion to designate the record on appeal and to file electronically as a person in pro per. No action has been taken on the matter since. On February 9, 2010, the court issued an order to show cause why her appeal should not be dismissed for lack of prosecution. The court finds that appellant has failed to show good cause for failure to diligently prosecute and therefore dismisses the appeal.

DATED: 3/12/10

RONALD M. WHYTE
United States District Judge

ORDER DISMISSING APPEAL —No. C-09-02444 RMWNo. C-09-02445 RMWNo. C-09-02446
CCL

**United States District Court**
**For the Northern District of California**

1  **Notice of this document has been sent to:**

2  **Appellant:**

3  Jacqueline C. Melcher
P.O. Box 222798
4  Carmel, CA 93922

5  **Counsel for Appellee:**

6  Charles Patrick Maher          cmaher@luce.com
Michael Alan Isaacs            misaacs@luce.com
7
**Counsel for Trustee:**
8
Nanette Dumas                 Nanette.Dumas@USDOJ.gov
9
Counsel are responsible for distributing copies of this document to co-counsel that have not
10  registered for e-filing under the court's CM/ECF program.

13  **Dated:**     3/12/10                         CCL
                                        **Chambers of Judge Whyte**