**United States District Court**
For the Northern District of California

**E-FILED on** 4/30/10

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| In re JACQUELINE MELCHER<br>BANKRUPTCY APPEALS | No. C-09-02444 RMW<br>No. C-09-02445 RMW<br>No. C-09-02446<br><br>ORDER DENYING MOTION TO GRANT RELIEF FROM FINAL JUDGMENT |

On March 12, 2010, the court dismissed this appeal. The court has received appellant Jacqueline C. Melcher's letter requesting this court to grant relief from final judgment. The court finds no reason justifying relief from final judgment and therefore denies the motion.

DATED:  4/30/10

*Ronald M Whyte*
RONALD M. WHYTE
United States District Judge

ORDER DENYING MOTION TO GRANT RELIEF FROM FINAL JUDGMENT  —No. C-09-02444 RMWNo. C-09-02445 RMWNo. C-09-02446
CCL

**Notice of this document has been sent to:**

**Appellant:**

Jacqueline C. Melcher
P.O. Box 222798
Carmel, CA 93922

**Counsel for Appellee:**

Charles Patrick Maher        cmaher@luce.com
Michael Alan Isaacs          misaacs@luce.com

**Counsel for Trustee:**

Nanette Dumas                Nanette.Dumas@USDOJ.gov

Counsel are responsible for distributing copies of this document to co-counsel that have not registered for e-filing under the court's CM/ECF program.

**Dated:**      4/30/10                               CCL
                                            **Chambers of Judge Whyte**

ORDER DENYING MOTION TO GRANT RELIEF FROM FINAL JUDGMENT  —No. C-09-02444 RMW No. C-09-02445 RMW No. C-09-02446
CCL                                         2